UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| JULLIUS JAVONTE BROOKS,<br>   Plaintiff,<br><br> v.<br><br>CASH APP SUTTON BANK & LINCOLN<br>SAVINGS BANK,<br>   Defendant. | )<br>)<br>)<br>)  CAUSE NO.: 2:22-CV-221-JVB-APR<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Jullius Javonte Brooks, without a lawyer, filed a vague complaint. (ECF No. 1). The body of the complaint, in its entirety, says, "Sueing for people making charges to my cash app unauthorized." *Id.* at 2. It is unclear who made the alleged charges. It is unclear how they were made. What charges were made? When? The complaint says Brooks is suing two defendants, but he only listed one, as the instructions say to put the name of each defendant in a separate box, and Brooks only used one box. The only defendant appears to be a bank's cash app. It is unclear what the app did and how an app could be a proper defendant. If Brooks is also suing the bank, it is unclear what he believes the bank did to make it financially liable for the unauthorized charges made by the undisclosed entity. If Brooks wins, he asks the Court to order the defendant(s) to "Payback every dollar and cent that was stolen," but he does not say how much that is. *Id.* at 3. Neither does he explain what else he has done since he discovered the unauthorized charges. Finally, it is unclear why Brooks believes this case is properly filed in this federal court.

Pursuant to 28 U.S.C. § 1915(e)(2)(B), the Court cannot grant Brooks leave to proceed in forma pauperis until he files a complaint that states a viable claim and establishes this Court's jurisdiction. Brooks needs to file an amended complaint on another Civil Complaint (INND Rev.

1/21) form and address the questions raised in this order. Brooks also needs to follow all the instructions on the form before he files it.

For these reasons, Jullius Javonte Brooks is **GRANTED** until August 31, 2022, to file an amended complaint as instructed. He is **CAUTIONED** if he does not respond by the deadline, this case will be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) because the current complaint does not state a claim for which relief can be granted.

SO ORDERED on August 9, 2022.

s/ Joseph S. Van Bokkelen  
JOSEPH S. VAN BOKKELEN, JUDGE  
UNITED STATES DISTRICT COURT
